Angela Zinneman
650 Whitney ranch drive
#324 Henderson, Nevada
5106973442
larinazinn@gmail.com

# UNITED STATES DISCRICT COURT

DISTRICT OF NEVADA

| ANGELA ZINNERMAN | Case No.: 2:22-cv-01555-GMNN-EJY |
|---|---|
| plaintiff, vs. HOLIDAY INN &SUITES, defendant, | PLEADING TITLE |

Civil Rights Complaint

Upon august 11 2021 myself and my daughter arrived at the holiday inn express, we checked in without incident the very next morning we went for breakfast and were refused service and were told unless we proved we were staying there we couldn't have breakfast my daughter and myself noticed two Caucasian ladies where in front of us were allowed to be served I told the attendant we had the right to be served I asked to speak with a supervisor she didn't believe either of us and asked if I could go upstairs and get my room key which I did and we were able to be served.

the next couple of nights, we stayed in the room, later that evening my daughter went to buy snacks when she came back she informed me that she was being followed and was accused of stealing, which I later found out the name of the person name (Derrick)I called down to the front desk to ask to speak with a manager I was told they left for the night and call in the morning so the very next day I went down to the front desk and Derrick was there, so I confronted him I said that he was wrong for accusing my daughter of stealing. he called us monkeys and said we were loud and ghetto and acted like wild monkeys he also said he would have us arrested if we didn't leave. we asked for our money back and he refused we left and I called the CEO which NOTHING was done. I'm asking the courts for relief in the amount of one hundred thousand dollars. I believe the hotel acted in malice intent, I'm asking for punitive damages for public humiliation, pain and suffering and out-of-pocket expenses.

Summary of claim Under the discrimination civil rights act 1964 (accommodations) everyone

has the right to equal enjoyment services Privileges in any public places you cannot be treated differently by a place of accommodation because of your race color or religious beliefs

42()u.s.c2000(a) 42()u.s.c(b)

DEFENDANT'S NAME - 1

*Angel Zimmerman* (signature)