

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of NV
Civil Division

Angela Zinnerman   Las Vegas
650 Whitney Ranch Dr
henderson NV 89014

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

Holiday INN & Suites
861 South Hwy 160 Pahrump
89048 NV

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 8

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: briana Zinnerman
Address: 650 whitneyRanch Dr
Henderson NV 89014
County: Henderson NV #324 89014
Telephone Number: (510) 697-3442
E-Mail Address: Cannazinnio@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: (HOLIDAY INN)
Job or Title (if known):
Address: 861 S Highway 160 Pahrump NV
          Pahrump NV 89048
County: NAVADA
Telephone Number: 702-471-1120 702-990-2323
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 2**
Name:
Job or Title (if known):
Address:

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: briana Zimmerman
Address: 650 Whitney Ranch Dr
Henderson NV 89014
City / State / Zip Code
County: Henderson NV #324 89014
Telephone Number: (510) 697-3942
E-Mail Address: Cannazimmo Gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: (HOLIDAY INN)
Job or Title (if known):
Address: 861 S Highway 160 Pahrump NV
Pahrump NV 89048
City / State / Zip Code
County: NAVADA
Telephone Number: 702-471-1120 702-990-2323
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Page 2 of 6



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to the events that took place, I've suffered Quality of Life, anger, distress, humiliation and anxiety.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm seeking Compensation, pain and suffering, emotional Distress, noneconomic damages, Inconvenience.

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Section 2000a All people shall be entitled To Equal Enjoyment Section 42 USC (Civil Right act)

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events took place At the Holiday INN IN pAhrump NV 2021

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 10-17

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

MYSELF and daughter was staying at the Holiday INN, and thats when the discrimation took place

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/22/2022

Signature of Plaintiff: Angela Zinneman
Printed Name of Plaintiff: Angela Zinnerman

### B.  For Attorneys

Date of signing: 8/22/2022

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code:
Telephone Number: (510) 697-3442
E-mail Address: Lorinazinn@GMAIL.COM

Page 6 of 6

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Angela Zinnerman

(b) County of Residence of First Listed Plaintiff: Nevada
650 Whitney Ranch DR 324
Henderson 89014

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: Pro-se

**DEFENDANTS**
Holiday Inn & Suites
861 South Hwy 160 Pahrump
89048 NV

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of This State: PTF [X] 1   DEF [X] 2

**IV. NATURE OF SUIT**
[X] 440 Other Civil Rights

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
42 U.S.C. 2000 Act Civil Right Act 1964 Public Accommodation

**VII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] Yes

**VIII. RELATED CASE(S) IF ANY:** JUDGE N/A   DOCKET NUMBER N/A

DATE: N/A    SIGNATURE OF ATTORNEY OF RECORD: N/A

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/22/2022

Signature of Plaintiff: *Angela Zinneman*
Printed Name of Plaintiff: Angela Zinnerman

### B. For Attorneys

Date of signing: 8/22/2022

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code:
Telephone Number: (510) 697-3442
E-mail Address: Lorinazinn@GMAIL.COM

Page 6 of 6