UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGELA ZINNERMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOLIDAY INN & SUITES,<br><br>Defendant. | Case No. 2:22-cv-01555-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Continuance. ECF No. 17. Based on the representation of Plaintiff, albeit slim,

IT IS HEREBY ORDERED that Plaintiff's Motion for Continuance (ECF No. 17) is GRANTED.

IT IS HEREBY ORDERED that Plaintiff is granted through and including **September 29, 2025** to take action in this case. If none is taken, the Court will recommend this matter be dismissed without prejudice.

Dated this 27th day of August, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1