UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ZINNERMAN,<br><br>                    Plaintiff,<br>        vs.<br><br>HOLIDAY INN & SUITES,<br><br>                    Defendant. | Case No.: 2:22-cv-01555-GMN-EJY<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

    This action has been pending in this Court for more than two-hundred-seventy (270) days.  On July 23, 2025, the Court provided notice that if no action was taken within thirty (30) days, the Court would "enter an order of dismissal for want of prosecution." (Notice Regarding Intent Dismiss, ECF No. 16).  Plaintiff timely filed a Motion for Continuance, (ECF No. 17), indicating her desire to continue the case and requesting more time to do so.  Magistrate Judge Youchah granted Plaintiff's motion and ordered Plaintiff to take action in this case by September 29, 2025, or else Judge Youchah would recommend this matter be dismissed without prejudice.  Plaintiff did not take action by the deadline.

    Federal Rule of Civil Procedure 41(b) permits dismissal of an action for the failure to prosecute or comply with rules or a court order. Fed. R. Civ. P. 41(b).  Plaintiff was twice given notice that inaction would result in her case being dismissed without prejudice.  Because Plaintiff did not take action by the September 29, 2025, deadline ordered by Judge Youchah, the Court finds dismissal is appropriate.

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED without prejudice**. The Clerk of Court is kindly instructed to close the case.

Dated this __30__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court